

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00147-CR

| | | |
|---|---|---|
| RALPH EDWARD BYRNE, Appellant | § | On Appeal from the 355th District Court |
| | § | of Hood County (CR13873) |
| V. | § | November 27, 2019 |
| | § | Opinion by Justice Gabriel |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We modify the judgment and the incorporated order to withdraw funds to reflect $1,069 in court costs. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
      Justice Lee Gabriel